UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Santos Veronica Ramos Ramos and<br>Wilmer Oswaldo Munguia,<br><br>    Plaintiffs,<br>v.<br><br>Director, U.S. Citizenship and Immigration<br>Services,<br><br>    Defendant. | Case No. 2:25-cv-177 |

## ORDER OF DISMISSAL

A review of the docket in this case reveals the following:

1. On February 11, 2025, Plaintiffs filed a Complaint against the Director of the United States Citizenship and Immigration Services. Plaintiffs paid the filing fee and each filed a Notice of Pro Se Appearance.

2. On June 9, 2025, the court ordered Plaintiffs to file proof of timely service or to show good cause for the failure to serve process on or before July 11, 2025. Plaintiffs were warned that if they "should fail to respond, the case must be dismissed under Rule 4(m)." (Doc. 4 at 2.)

3. No further filings have been received as of the date of this Order.

Federal Rule of Civil Procedure 4(m) states that "[i]f a defendant is not served within 90 days after the complaint is filed, the court–on motion or on its own after notice to the plaintiff– must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). Rule 4(l)(1) requires proof of service of the summons be made to the court.

On June 9, 2025, over ninety days after the Complaint was filed, Plaintiffs were ordered to file proof of timely service or to show good cause for the failure to serve Defendant. Plaintiffs were warned that, should they fail to respond, the case must be dismissed.

Because this case was filed over five months ago, Plaintiffs have failed to provide proof of timely service as to Defendant, and Plaintiffs have not filed a response to the June 9, 2025 Order demonstrating proof of service or good cause for the failure to timely serve Defendant, this case must be DISMISSED WITHOUT PREJUDICE under Rule 4(m).

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 24th day of July, 2025.

_____
Geoffrey W. Crawford, District Judge
United States District Court